**RELOADED GAMES, INC., Appellant,**

v.

**PARALLEL NETWORKS, LLC, Appellee.**

No. 2015–1915.

United States Court of Appeals, Federal Circuit.

May 4, 2016.

Eric Allan Buresh, Erise IP, P.A., Overland Park, KS, argued for appellant. Also represented by Michelle Lyons Marriott.

Darren Wade Collins, McGuireWoods LLP, Dallas, TX, argued for appellee. Also represented by Aaron James Pickell; Matthew Allen Fitzgerald, Richmond, VA.

MOORE, O'MALLEY, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**